**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 04-8003**

───────────────

RENARD NELSON,

                                 Petitioner - Appellant,

        versus

PATRICIA R. STANSBERRY, Warden,

                                 Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, Chief District Judge.  (CA-04-615)

───────────────

Submitted:  April 14, 2005          Decided:  April 20, 2005

───────────────

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Renard Nelson, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Renard Nelson appeals the district court's order dismissing his petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Nelson v. Stansberry, No. CA-04-615 (E.D.N.C. Oct. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED